## STATE v. BARLOW

No. 146PA91

Case below: 102 N.C.App. 71

Motion by the Attorney General for temporary stay allowed 22 March 1991 pending consideration and determination of the petition for discretionary review. Stay dissolved and petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 2 May 1991 for the limited purpose of entering the following order: the case is remanded to the Court of Appeals for reconsideration in light of *State v. Edgerton*, 328 N.C. 319 (1991).

## STATE v. BOWLES

No. 137P91

Case below: 101 N.C.App. 575

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

## STATE v. BRYANT

No. 169P91

Case below: 102 N.C.App. 134

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 May 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 May 1991.

## STATE v. DRDAK

No. 107PA91

Case below: 101 N.C.App. 659

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 2 May 1991. Petition by Attorney General for writ of supersedeas allowed 2 May 1991.